United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Plaintiff. <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, <br><br> Defendant. | Case No. 14-cv-05255-JCS <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 12 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **March 6, 2015**, **at 2:00 P.M**., in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.  Pursuant to Civil L.R. 16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than **February 27, 2015**.  If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of Court shall list the civil case number followed only by the initials **"JCS."** One copy shall be clearly marked as a  One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: December 17, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge