BENJAMIN C. MIZER
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney
JOEL McELVAIN
Assistant Director, Federal Programs Branch
PETER M. BRYCE (Illinois Bar No. 6244216)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

    P.O. Box 883, Room 7138
    Washington, D.C. 20044
    Telephone: (202) 616-8335
    Facsimile: (202) 616-8470
    Peter.Bryce@usdoj.gov

Attorneys for Defendant, Sylvia Mathews Burwell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, | CASE NO. 3:14CV5255 EMC |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT** |
| v. | |
| SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

    Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that defendant's deadline to respond to the Complaint, which is currently March 9, 2015 under Civil Local Rule 16-5, be extended by 45 days until April 22, 2015.

.

                                              Respectfully submitted,

                                              BENJAMIN C. MIZER
                                              Acting Assistant Attorney General
                                              MELINDA L. HAAG
                                              United States Attorney
                                              JOEL McELVAIN
                                              Assistant Branch Director

STIP. TO EXTEND DEF'S DEADLINE TO RESPOND TO THE COMPL.
3:14CV5255 EMC

1     Civil Division

2     /s/ Peter M. Bryce
    PETER M. BRYCE (IL Bar No. 6244216)
3     Senior Counsel
    U.S. Department of Justice
4     Civil Division, Federal Programs Branch
    P.O. Box 883, Room 7138
5     Washington, D.C. 20044
    Tel: (202) 616-8335
6     Fax: (202) 616-8470
    E-mail: peter.bryce@usdoj.gov

8     (I, Peter Bryce, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.)

10     /s/
    Gregory Neil Pimstone
11 IT IS SO ORDERED:     Manatt Phelps & Phillips, LLP
_____     11355 West Olympic Coulevard
12 Edward M. Chen     Los Angeles, CA 90064-1614
U.S. District     310-312-4000
13     Fax: 310-312-4224
    Email: gpimstone@manatt.com



STIP. TO EXTEND DEF'S DEADLINE TO RESPOND TO THE COMPL.
3:14CV5255 EMC