**MANATT, PHELPS & PHILLIPS, LLP**
CRAIG J. DE RECAT (Bar No. CA 105567)
GREGORY N. PIMSTONE (Bar No. CA 150203)
JOANNA S. MCCALLUM (Bar No. CA 187093)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

**MANATT, PHELPS & PHILLIPS, LLP**
AMY B. BRIGGS (Bar No. CA 194028)
CARRI BECKER MAAS (Bar No. CA 245816)
JOANNA L. ALLEN (Bar No. CA 251876)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 4:14-cv-05255-EMC<br><br>**STIPULATION AND [~~PROPO~~SED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO MAY 21, 2015** |

Subject to the approval of the Court, it is hereby stipulated by and between the parties that the Initial Case Management Conference, currently set for May 14, 2015 at 9:30 a.m., be rescheduled for May 21, 2015 at 9:30 a.m., and that Defendant's counsel be authorized to participate by telephone.

The parties seek this continuance because of a scheduling conflict related to a mediation in another matter that lead counsel for Plaintiff must attend. Defendant believes that no Case

Management Conference is necessary at all because this is an action for review on an administrative record under Civil L.R. 16-5. Nonetheless, if such a conference is to proceed, Defendant stipulates to the rescheduling sought herein, and also requests permission to participate by telephone because Defendant's counsel practices in Washington, D.C. *See* Civil L.R. 16-10(a).

For the reasons stated above, the parties respectfully request that the Initial Case Management Conference currently scheduled for May 14, 2015 at 9:30 a.m. is rescheduled for May 21, 2015 at 9:30 a.m., and that Defendant's counsel be authorized to participate by telephone.

Dated: May 1, 2015

MANATT, PHELPS & PHILLIPS, LLP

By: s/Joanna S. McCallum
Joanna S. McCallum
*Attorneys for Plaintiff*
KAISER FOUNDATION HEALTH PLAN, INC.

(I, Joanna S. McCallum, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.)

Dated: May 1, 2015

BENJAMIN C. MIZER
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOEL McELVAIN
Assistant Branch Director
Civil Division

By: s/Peter M. Bryce
Peter M. Bryce (Il. Bar No. 6244216)
*Attorneys for Defendant*
SYLVIA MATHEWS BURWELL IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES

**[PROPOSED] ORDER**

The Court, having considered the stipulation of the parties, orders that the Initial Case Management Conference currently set for May 14, 2015 at 9:30 a.m. is rescheduled for May 21, 2015 at 9:30 a.m. Defendant's counsel is authorized to participate by telephone. The joint Case Management Statement will be due May 14, 2015. All parties are required to appear in person. The Court is amenable to reschedule the CMC to another day to accommodate counsel's personal appearance. A stipulation must be filed if so desired.

IT IS SO ORDERED.

DATED: 5/4/15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

EDWARD M. CHEN
United States District Court Judge

314456574.1