BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
JOEL McELVAIN
Assistant Director, Federal Programs Branch
PETER M. BRYCE (Illinois Bar No. 6244216)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

    P.O. Box 883, Room 7138
    Washington, D.C. 20044
    Telephone: (202) 616-8335
    Facsimile: (202) 616-8470
    Peter.Bryce@usdoj.gov

Attorneys for Defendant, Sylvia Mathews Burwell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, | CASE NO. 3:14CV5255 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND STATEMENT** |
| v. | |
| SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

    Subject to the approval of the Court, it is hereby stipulated by and between the parties that the Initial Case Management Conference (CMC), currently set for May 21, 2015 at 9:30 a.m., with a Case Management Statement due May 14, 2015, be rescheduled to July 2, 2015 at 9:30 a.m., with the Case Management Statement due June 25, 2015.

    The parties seek this continuance because plaintiff has raised an issue regarding the administrative record and the parties are discussing how to properly address that issue. It would be appropriate to afford the parties time to complete their discussions with respect to this issue before this case proceeds to a CMC. In denying the parties' request to allow Defendant's counsel to participate by

1  telephone from his office in Washington, DC, this Court noted that it is "amenable to reschedule the
2  CMC to another day to accommodate counsel's personal appearance." Counsel are available to appear
3  on July 2.
4      For the reasons stated above, the parties respectfully request that the Initial CMC currently
5  scheduled for May 21, 2015 at 9:30 a.m. be rescheduled for July 2, 2015 at 9:30 a.m., and that the Case
6  Management Statement be due June 25, 2015.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOEL McELVAIN
Assistant Branch Director
Civil Division

Dated: May 12, 2015  /s/ Peter M. Bryce
PETER M. BRYCE (IL Bar No. 6244216)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7138
Washington, D.C. 20044
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

(I, Peter Bryce, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.)

Dated: May 12, 2015  /s/
Gregory Neil Pimstone
Manatt Phelps & Phillips, LLP
11355 West Olympic Couleward
Los Angeles, CA 90064-1614
310-312-4000
Fax: 310-312-4224
Email: gpimstone@manatt.com

## [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, orders that the Initial Case Management Conference currently set for May 21, 2015 at 9:30 a.m. is rescheduled for July 2, 2015 at 9:30 a.m. The joint Case Management Statement will be due June 25, 2015.

STIPULATION & [PROPOSED] ORDER RE: INITIAL CMC
3:14CV5255 EMC

1  IT IS SO ORDERED.

2  DATED:  May 18, 2015

3  _____
   EDWARD M. CHEN
   United States District Judge



STIPULATION & [PROPOSED] ORDER RE: INITIAL CMC
3:14CV5255 EMC