MANATT, PHELPS & PHILLIPS, LLP
CRAIG J. DE RECAT (Bar No. CA 105567)
GREGORY N. PIMSTONE (Bar No. CA 150203)
JOANNA S. MCCALLUM (Bar No. CA 187093)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
CARRI BECKER MAAS (Bar No. CA 245816)
JOANNA L. ALLEN (Bar No. CA 251876)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 4:14-cv-05255-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR BRIEFING ON SUMMARY JUDGMENT MOTION BY TWO DAYS UNTIL MAY 22, 2015** |

It is hereby stipulated by and between the parties that the due date for Plaintiff Kaiser Foundation Health Plan, Inc. to file its motion for summary judgment pursuant to Local Rule 16-5 is extended by two days, from May 20, 2015 to May 22, 2015. Defendant has offered to consent to a remand of this matter to the agency in order to allow the agency to consider a brief that Kaiser claims should have been considered in the administrative proceedings. Kaiser requested the short extension to accommodate resolution of that issue and to complete its motion if the case

is to go forward in this Court. Pursuant to Local Rule 16-5, there is no hearing date set for this motion.

Pursuant to Local Rule 16-5, Defendant's opposition is due 28 days from service of the motion and Kaiser's reply is due 14 days from service of the opposition.

Dated: May 19, 2015                MANATT, PHELPS & PHILLIPS, LLP


By: __s/Joanna S. McCallum__
   Joanna S. McCallum
   *Attorneys for Plaintiff*
   KAISER FOUNDATION HEALTH PLAN, INC.

(I, Joanna S. McCallum, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.)

Dated: May 19, 2015                BENJAMIN C. MIZER
                                   Acting Assistant Attorney General
                                   MELINDA L. HAAG
                                   United States Attorney
                                   JOEL McELVAIN
                                   Assistant Branch Director
                                   Civil Division


By: __s/Peter M. Bryce__
   Peter M. Bryce (Il. Bar No. 6244216)
   *Attorneys for Defendant*
   SYLVIA MATHEWS BURWELL IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES

## [PR~~O~~POSED] ORDER

The Court, having considered the stipulation of the parties, orders that the deadline for Kaiser Foundation Health Plan, Inc.'s motion for summary judgment is extended until May 22, 2015.

IT IS SO ORDERED.

DATED: 5/19/15

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

314543973.1

[PROPOSED] ORDER