**MANATT, PHELPS & PHILLIPS, LLP**
CRAIG J. DE RECAT (Bar No. CA 105567)
GREGORY N. PIMSTONE (Bar No. CA 150203)
JOANNA S. MCCALLUM (Bar No. CA 187093)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

**MANATT, PHELPS & PHILLIPS, LLP**
AMY B. BRIGGS (Bar No. CA 194028)
CARRI BECKER MAAS (Bar No. CA 245816)
JOANNA L. ALLEN (Bar No. CA 251876)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 4:14-cv-05255-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR DEFENDANT'S OPPOSITION BRIEF AND PLAINTIFF'S REPLY BRIEF AND CONTINUING CASE MANAGEMENT CONFERENCE** |

It is hereby stipulated by and between the parties that the deadline for Defendant Sylvia Mathews Burwell to file her opposition to Plaintiff Kaiser Foundation Health Plan, Inc.'s motion for summary judgment pursuant to Local Rule 16-5 is extended by 7 days, from June 19, 2015 to June 26, 2015. It is further stipulated that the deadline for Kaiser's reply brief is extended by 7 days, from July 10, 2015 to July 17, 2015.

It is further stipulated that the Initial Case Management Conference, currently set for July

2, 2015 at 9:30 a.m., be rescheduled to August 6, 2015 at 9:30 a.m.

The parties have agreed to these extensions and continuance in order to allow sufficient time for completion of briefing and to resolve certain scheduling conflicts.

Dated: June 18, 2015	MANATT, PHELPS & PHILLIPS, LLP

By: s/Joanna S. McCallum
    Joanna S. McCallum
    *Attorneys for Plaintiff*
    KAISER FOUNDATION HEALTH PLAN, INC.

(I, Joanna S. McCallum, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.)

Dated: June 18, 2015	BENJAMIN C. MIZER
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOEL McELVAIN
Assistant Branch Director
Civil Division

By: s/Peter M. Bryce
    Peter M. Bryce (Il. Bar No. 6244216)
    *Attorneys for Defendant*
    SYLVIA MATHEWS BURWELL IN HER
    OFFICIAL CAPACITY AS SECRETARY OF
    THE DEPARTMENT OF HEALTH AND
    HUMAN SERVICES

## [PR~~OP~~OSED] ORDER

The Court, having considered the stipulation of the parties, orders that the deadline for Defendant Sylvia Mathews Burwell to file her opposition to Plaintiff Kaiser Foundation Health Plan, Inc.'s motion for summary judgment pursuant to Local Rule 16-5 is extended to June 26, 2015, and that the deadline for Kaiser's reply brief is extended to July 17, 2015. It is further ordered that the Initial Case Management Conference currently set for July 2, 2015 at 9:30 a.m. is rescheduled to August 6, 2015 at 9:30 a.m. The joint Case Management Statement will be due July 30, 2015.

IT IS SO ORDERED.

DATED: 6/22/15



EDWARD M. CHEN
United States District Judge

314698593.1

3     STIPULATION AND [PROPOSED] ORDER